Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Reginald Miller, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

---

■

**Michael WILLIAMS,**
**Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 64322.

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 19, 1994.

Application to Transfer Denied
May 26, 1994.

David C. Hemingway, St. Louis, for defendant, appellant.

**Santiago FERNANDEZ,**
**Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 64548.

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 19, 1994.

Application to Transfer Denied
May 26, 1994.

David C. Hemingway, Public Defender, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.